**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-02534-NYW-STV

MGA HOME HEALTHCARE COLORADO, LLC,

    Plaintiff,

v.

SHEA THUN,

Defendant.

_____

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    Pursuant to Fed. R. Civ. P. 41(a), Plaintiff MGA Home Healthcare Colorado, LLC ("MGA") and Defendant Shea Thun ("Thun") (collectively "the Parties"), by and through undersigned counsel, respectfully submit their Stipulation for Dismissal with Prejudice and, in support therefor, state as follows:

    1.    The Parties have reached a full and final settlement of the claims and defenses at issue in the present case and have memorialized their agreement in writing via a Settlement Agreement.

    2.    As a result, the Parties hereby stipulate to dismiss the present case, with prejudice.

    3.    Each party shall bear its own costs and attorneys' fees incurred in seeking dismissal of the present case.

Respectfully submitted this 21st day of June, 2024.

**CAMPBELL LITIGATION, P.C.**

By: */s/ Stacey A. Campbell*
Stacey A. Campbell
Robert M. Thomas
1410 N. High St., Denver, CO 80218
Tel: 303.536.1833
Email:   stacey@campbell-litigation.com
            robert@campbell-litigation.com

**GRIESING MAZZEO LAW**

By: */s/ Hope A. Comisky*
Hope A. Comisky
1880 John F. Kennedy Blvd., Suite 1800
Philadelphia, Pennsylvania 19103
Tel: 215.618.3720
Email: hcomisky@griesingmazzeo.com

**Attorneys for Plaintiff**

**THE WORKPLACE COUNSEL**

By: */s/ Stephen B. Rotter*
Stephen B. Rotter
1401 Lawrence St., #1600
Denver, CO 80202
Tel: 303.625.6400
Email:
stephen@theworkplacecounsel.com

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was served filed with the Clerk of Court via CM/ECF, which will serve it upon all counsel of record, including the following:

Stephen B. Rotter
The Workplace Counsel
1401 Lawrence Street #1600
Denver, CO 80202
Tel: 303.625.6400
stephen@theworkplacecounsel.com

*Attorney for Defendant*

/s/ Carolyn B. Heyer
Paralegal